RECEIVED

MAY 25 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

Check the box next to the best description of your cause of action. Choose only one:

| | |
|---|---|
| Prisoner Civil Rights | ☐ |
| Non-Prisoner Civil Rights | ✓ |
| Personal Injury/Tort | ☐ |
| Tax Collection Practices | ☐ |
| Employment Discrimination | ☐ |
| Other (specify) ______________ | ☐ |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION
(You must fill in this blank. See Instruction 6.)

TYRONE EVERETT PAYNE, 3004191

Cause No. ______________
(to be filled in by Clerk of Court)

______________

______________,

(Enter above the full name of each plaintiff, including prisoner number, if any.)

Plaintiffs,

vs.

**COMPLAINT**

Jury Trial Demanded ✓
Jury Trial Not Demanded ☐

CITY OF MISSOULA,

BEN SLATER, C325 PD0493 [individual and official capacity]

______________,

(Enter above the full name of each defendant.)

Defendants.

## INSTRUCTIONS

1. Use this form to file a civil complaint with the United States District Court for the District of Montana. You may attach additional pages where necessary.

2. Your complaint must include only counts/causes of action and facts – not legal arguments or citations.

3. Your complaint must be typed or legibly handwritten. All pleadings and other papers submitted for filing must be on 8 ½" x 11" paper (letter size). Each plaintiff must sign the complaint (see page 6). The signatures need not be notarized. However, each signature must be an original and not a copy. You must pay the Clerk for

copies of your complaint or other court records, even if you are proceeding in forma pauperis.

4. The filing fee for a complaint is $150.00. In addition, you will be required to pay the cost of serving the complaint on each of the defendants. If you are unable to prepay the entire filing fee and service costs for this action, you may apply to proceed in forma pauperis. ***Your complaint will be returned to you without filing if it is not accompanied by either the full filing fee or an application to proceed in forma pauperis.*** Please note that prisoners proceeding in forma pauperis are required to pay the full $150.00 filing fee in installments.

5. Complaints submitted by persons proceeding in forma pauperis and complaints submitted by prisoners suing a governmental entity or employee are reviewed by the Court before the defendants are required to answer. *See* 28 U.S.C. §§ 1915(e)(2), 1915A(a); 42 U.S.C. § 1997e(c). After the Court completes the review process, you will receive an Order explaining the findings and any further action you may or must take. The review process may take a few months; each case receives the judge's individual attention.

6. The case caption (page 1 of this form) must indicate the proper Division for filing. A Division where the alleged wrong(s) occurred is a proper Division. When you have completed your complaint and, if applicable, your application to proceed in forma pauperis, mail the *original and two copies* of your complaint and the original Application/Affidavit to the proper Division:

| | |
|---|---|
| Billings Division: | Clerk of U.S. District Court, 316 N. 26th, Room 5405, Billings, MT 59101 (Big Horn, Carbon, Carter, Custer, Dawson, Fallon, Garfield, Golden Valley, McCone, Musselshell, Park, Petroleum, Powder River, Prairie, Richland, Rosebud, Stillwater, Sweetgrass, Treasure, Wheatland, Wibaux or Yellowstone County) |
| Butte Division: | Clerk of U.S. District Court, 400 N. Main St., Federal Bldg. Rm. 303, Butte, MT 59701 (Beaverhead, Deer Lodge, Gallatin, Madison, or Silver Bow County) |
| Great Falls Division: | Clerk of U.S. District Court, 215 1st Ave. North, P.O. Box 2186, Great Falls, MT 59403 Blaine, Cascade, Chouteau, Daniels, Fergus, Glacier, Hill, Judith Basin, Liberty, Phillips, (Pondera, Roosevelt, Sheridan, Teton, Toole, or Valley County) |
| Helena Division: | Clerk of U.S. District Court, Paul G. Hatfield Courthouse, 901 Front St., Ste 2100, Helena, MT 59626 (Broadwater, Jefferson, Lewis & Clark, Meagher, or Powell County) |
| Missoula Division: | Clerk of the U.S. District Court, 201 E. Broadway, P.O. Box 8537, Missoula, MT 59807 (Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli, or Sanders County) |

## COMPLAINT

**I. PLACE OF CONFINEMENT:**

A. Are you incarcerated? Yes ☑ No ☐ (if No, go to Part II)

B. If yes, where are you currently incarcerated? Missoula County Detention Facility (unrelated) 2340 Mullan Road, Missoula, MT 59808

C. If any of the incidents giving rise to your complaint occurred in a different facility, list that facility:

---

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Non-Prisoners

1. Does any cause of action alleged in this complaint require you to exhaust administrative remedies before filing in court? Yes ☐ No ☐ Don't Know ☑

2. If yes, have you exhausted your administrative remedies? Yes ☐ No ☐

B. Prisoners (If you listed other institutions in I.C above, please answer for each institution).

1. Is there a grievance procedure in your current institution? Yes ☑ No ☐

2. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit? Yes ☐ No ☑

3. If you did not file an administrative grievance, explain why:

Not grievable.

## III. PARTIES TO CURRENT LAWSUIT

A. Name of Plaintiff Tyrone E. Payne, 3004191

Mailing Address MASC 2340 Mullan Rd., Missoula, MT 59808

(Please use additional sheets of paper to provide the names and addresses of any additional plaintiffs.)

B. Defendant City of Missoula is employed as _______ at City of Missoula.
(Position and Title, if any) (Institution/Organization)

Defendant Ben Slater, C325 PD 0493 is employed as Police Officer at City of Missoula.
(Position and Title, if any) (Institution/Organization)

Defendant _______ is employed as _______ at _______.
(Position and Title, if any) (Institution/Organization)

Defendant _______ is employed as _______ at _______.
(Position and Title, if any) (Institution/Organization)

Defendant _______ is employed as

______________________ at ______________________.
(Position and Title, if any) (Institution/Organization)

(Please use additional sheets of paper to provide the same information about any additional defendants.)

IV. STATEMENT OF CLAIMS

A. Count I (State your cause of action, e.g., violation of civil rights):

"Unreasonable Search and Seizure" in violation of the 4th Amendment to the U.S. Constitution.

1. Supporting Facts (State, as briefly as possible, the facts of your case, including specific dates and locations. Do not give any legal arguments or cite cases or statutes.):

On March 16, 2009 at or about South Ave. W and Reserve the Plaintiff was racially profiled as being the Plaintiff's first-cousin, to "coerce grounds to search for Plaintiff's identification" based on Defendant's longstanding profile of the Plaintiff's first-cousin's, on and off suspected criminal activity, as an African American. The Defendants charged Plaintiff with failure to carry valid driver's license, but was dismissed by the Defendant's, sua sponte, on November 12, 2009 "... in the interest of justice..."

2. Defendants Involved (List the name of each defendant you intend to name in this claim. Specifically describe how each defendant is personally involved and what they did or did not do):

City of Missoula and Ben Slater (See, Civil Complaint Continuation Pages 4 of 6 attached for a specific description history).

If you have additional counts/causes of action, attach extra sheets. Set forth two paragraphs for each count, one consisting of Supporting Facts (following the directions under IV.A(1)), and one consisting of Defendants Involved (following the directions under IV.A(2)).

IV. STATEMENT OF CLAIMS (Continued)

A.

2.

FACTUAL BACKGROUND

1. On December 7, 2008 Plaintiff arrived in Missoula via Greyhound bus on West Broadway for first time in Montana from Hartford, Connecticut.

2. Plaintiff is an African American who was not on probation, parole or had any warrants upon arrival.

3. By March 16, 2009 the Plaintiff's first-cousin, Kevin Payne, a Missoula resident since 1993 also had since 1993 been suspected on and off by the Defendant City Of Missoula but also was not on probation, parole or had any warrants.

4. Plaintiff was 37 years old at that time, 160 pounds and 5 feet 10 inches tall with medium build and complexion and long hair.

5. Plaintiff's first-cousin, Kevin, was 42 years old at that time, 240 pounds, 6 feet 5 inches tall with athletic build, dark complexion and short hair.

IV. STATEMENT OF CLAIMS (Continued)

A.

2.

FACTUAL BACKGROUND

6. March 16, 2009 after watching Plaintiff, as a driver, get gas at South Avenue West and Reserve Street the Defendant via Officer Slater followed the Plaintiff south down Reserve, activated their on-board dash camera and followed Plaintiff east down Brooks Street unto Stephens.

7. Followed for so long without a police signal the Plaintiff, while on Brooks, blinkered nearest turning-lane to head north up Stephens.

8. Coerced by Officer Slater who continued following, the Plaintiff upon entering Stephens, yeilded and entered the farthest lane thinking Officer Slater wanted to pass.

9. No other motorists were on road and Officer Slater did not pass, continuing to follow and seconds after, signaled for a stop.

10. Plaintiff stopped and without ever asking Plaintiff's name and before the Plaintiff ever gave his name, Officer Slater's first words, were: "How you doing, Kevin?"

IV. STATEMENT OF CLAIMS (Continued)

A.

2.

FACTUAL BACKGROUND

11. No Kevin was in the car and it was not traceable to Kevin.

12. Plaintiff presented his identification and Officer Slater replied: "Oh, Tyrone!" After ordering it to be shown.

13. Officer Slater solely then claimed probable cause for his traffic stop was for: "Failure to turn into the nearest turning-lane at Brooks and Stephens."

14. Officer Slater then charged Plaintiff with one count of "Failure to carry a valid driver's license," seizing him from driving and forcing him to walk near 3 a.m. in cold.

15. Plaintiff's criminal Public Defender in that case was scheduled, by city court, to research and file a motion to suppress to raise facts 1-14 of this civil claim.

16. Before that Plaintiff's criminal Public Defender's research, however, Officer Slater's claim was dismissed by the City, sua sponte, with no substitute charge on November 12, 2009 "... in the interest of justice..."



-END-

## V. INJURY

How have you been injured by the actions of the defendant(s)? You must state as specifically as possible the actual injury you suffered from the actions of each individual defendant:

Emotional Distress and Mental Pain and Suffering from Facts 1-16 from Page 4 of 6's STATEMENT OF CLAIMS, which was used conclusively by a licensed psychotherapist to clinically diagnose Plaintiff to have an uncurable: "Anti-social Personality Disorder" November 24, 2009.

## VI. RELIEF

State briefly and precisely what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory Damages in amount of $500,000 (five hundred-thousand) dollars, paid liably between both Defendants directly and/or vicariously.

Punitive Damages in amount of $500,000 (five hundred-thousand) dollars, paid liably between both Defendants directly and/or vicariously.

Attorney's Fees in any event Plaintiff obtains a lawyer before trial.

Racial Profile Sensitivity Training Order for the Defendants entire department.

## VII. PLAINTIFF'S DECLARATION

A. I understand that I must keep the Court informed of my current mailing address and that my failure to do so may result in dismissal of this Complaint without actual notice to me.

B. I declare under penalty of perjury that I am the plaintiff in the above action, that I have read the above complaint, and that the information I have set forth within it is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

C. (Prisoners Only) This Petition was deposited in the prison system for legal mail, postage prepaid or paid by the prison, on May 20, 2010.

Executed at Missoula (Location) on May 20, (Date) 2010.

Tyrone E. Payne
Signature of Plaintiff

(If there is more than one Plaintiff, each Plaintiff must sign the complaint using a separate declarations page).

Rev'd Sept. 2004